**Exhibit A to the Complaint**

**Location:** Naples, FL  
**Total Works Infringed:** 28  
**IP Address:** 73.23.11.237  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A91AA9AA9604C95055F4599771871F3885E65238<br>File Hash:<br>9B93E0B3D32DF21E4934E89B353B3935DC80BA73B2856E23F22FAC46B92F2931 | 03-31-2023 23:33:14 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 2 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-26-2023 15:34:12 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 3 | Info Hash: 7B52C82E7B5C5B58DCB1F35BCCD3DC328733E63B<br>File Hash:<br>6C17E25E83D4D927452E226FBBF4C71700576DD287A28106DC4E3C5B4FD17C1B | 03-17-2023 22:32:59 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 4 | Info Hash: E38BA4858D63E5556C933E9A290E1BE0C988C5CA<br>File Hash:<br>DE3A4063411F600490FA18D40D37BBAE0982F105E86B3B156D60001A8D91D93F | 03-11-2023 17:27:42 | Vixen | 04-14-2017 | 06-16-2017 | PA0002069289 |
| 5 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash:<br>546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 03-10-2023 21:49:09 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 6 | Info Hash: 370B7A3B52BE72E95769F42CD62C3955D7B71338<br>File Hash:<br>AF16E691498E4936095B06A1D504581D2AF833AA98A29543F538A85654FE87A3 | 02-17-2023 23:43:30 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 7 | Info Hash: CCD4B51F75B205DC16836BFB3AB20AA7A5161CB5<br>File Hash:<br>8C8E59489F9FF1B1D82DC48A771844A840D2217F2AA28EE8B71E1180A7ABB915 | 02-10-2023 23:41:02 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 8 | Info Hash: 02080DD407A6B595D61EDBA431C9D03DFD25DB91<br>File Hash:<br>0A3FA56D62060E14B879D204EA003E82753208D6D225270CCC7E4BF48604E520 | 01-25-2023 00:30:45 | Slayed | 11-22-2022 | 01-06-2023 | PA0002393658 |
| 9 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash:<br>34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 01-01-2023 18:46:59 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 10 | Info Hash: 5582D8CFB1D71E6916B0A97394B6FDBFB366FC85<br>File Hash:<br>D7E29EBBA5C65F935EE13DDD712C95B0B7705C2F81C2F77AE433F65DA7763E5F | 12-17-2022 01:41:17 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 11 | Info Hash: 89E944A0F9F4B56266BDCEEB3F50BA71B1924516<br>File Hash:<br>8F93F8FE1883E7EBA4AAEA5E9816FA7AC9130A39D2E7EF65B663AB461822B286 | 12-15-2022 23:41:43 | Slayed | 06-21-2022 | 07-21-2022 | PA0002367486 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 74F7C03315B7FB96932FAEFB2122EE94072BBB62<br>File Hash: F1394FAEA4BCA26F7544C40260D0CC4432B90408C8CB5B431307F4320C999EB9 | 12-04-2022 16:32:05 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |
| 13 | Info Hash: 110A977EC579A0C615470034576E208FE87EE9CE<br>File Hash: EC7652DD9E427D069701EC437FA0E36B4F9ABB30E0D3B590BCBCADE9462F80BF | 11-19-2022 00:17:13 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 14 | Info Hash: AE44FC7DF58E920DE9881EC6E67EA0D1D5F4C632<br>File Hash: 6894802F151CFC03EDF3C06A4D99306B17BB6D3D23E01CBCE6B2853CAD079405 | 10-24-2022 23:55:37 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 15 | Info Hash: 610F072743E0714F5FC14415542794BABE0E1097<br>File Hash: 09AF8EE3C5BB51A5E610BF17C25F7F91C1315F97ADB985ED3511E2A04F021AA9 | 10-08-2022 00:00:54 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 16 | Info Hash: 4731A3784C22214DBA4A18A2C932C529BA0761AA<br>File Hash: 6E150B53928FA2505EA0D58DF9EBDB8D4F58EE00C2E6F3C72786D72D1831F751 | 09-09-2022 23:33:18 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 17 | Info Hash: 7791F7C228A190C1F25F151F10E117164D858759<br>File Hash: 9854F061733B2D185FCB637F583A1FE45CC3FC2F65216BE8EF63D7B0FA5BB892 | 09-03-2022 00:05:23 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 18 | Info Hash: D359D35875C5F32B41F0249F3A7799C24A9924E8<br>File Hash: 22F62BF081C26626057E0DAC33C9E8282D46787B2DE6D812884FD8BA8466B016 | 08-26-2022 23:48:57 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 19 | Info Hash: 6FB706BA24CA739E0F332C0F3AFAFE3E23971F0B<br>File Hash: 3B9E922F010C5DF8C27B58F53A323958B186FA4CB72758C9D9E101C0DCD8C23E | 07-02-2022 00:09:23 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 20 | Info Hash: 466DC53498A109B354BF204B1060C9AABE811937<br>File Hash: CDD41BBB549179DA06A3776763D24769C93A8537448A3DC5D9891A458D880636 | 06-24-2022 22:50:08 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 21 | Info Hash: A83F4EC5922C112BE37DAE66274D109EDB82FE84<br>File Hash: FB03344F09C922C4144FE320E0D99B122B579E4D865A25EEC79FF59D08B6FCFF | 06-11-2022 01:26:09 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 22 | Info Hash: 167C517974AA9DA4667F71C69CAEE827B4E4AEC6<br>File Hash: CEDEB9BD31C0DD2AFC95A70BFACB8483AED2E5F1ACD83DB0936CC10142104658 | 06-09-2022 21:11:43 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 23 | Info Hash: B836A962F54AAACCCDA0791EB42F1047C6D3ECA3<br>File Hash: C14284D58F4A88A5BBE4233F1D0AA522D9A56609FCC93E659E9F6823E327FCB7 | 06-09-2022 20:56:38 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EEAD22B3AE06CE7B2BE66EBEC7B14505D5E46C6E<br>File Hash: D12906F44553E183EBE1424C9DF7DB469226C06E36F99765CBF2BFF340D0C24C | 06-06-2022 23:40:42 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 25 | Info Hash: 7EFE7E84699F1073E55F54F35F175E7DA0DA9AF7<br>File Hash: AAC4376DF5AF9F483273617E9D72E69EAF62D41D1E9ABDA97D262D4991D79571 | 05-21-2022 14:15:24 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 26 | Info Hash: 481E17F8D7675CF80AE86CE65F29DF161AAD4028<br>File Hash: 8AECAB7B7178E865A7AD3128AD39A0B8EB907BEA115303BAC0C93517BECA52E9 | 05-17-2022 03:56:20 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 27 | Info Hash: 012D2C8ACF24B4E06CC252C9A9B0482E44D78023<br>File Hash: 7816E3859F5A0D71FD3E59CC8FD51562A78E491A18D706CEB574CEC847F8A2F8 | 05-03-2022 22:04:41 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 28 | Info Hash: 852BB01AA3B11C419C93DB4375EBA6F3480E77C2<br>File Hash: 86F63EA067C15D5B8511F0F9E96E2B335532657926A2257482D89715354DE96B | 04-10-2022 15:35:46 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |